IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

RICKY G. WILLSON,                          )
                                           )
                  Plaintiff,               )    TC-MD 190033R
                                           )
        v.                                 )
                                           )
DEPARTMENT OF REVENUE,                     )
State of Oregon,                           )
                                           )
                  Defendant.               )    **DECISION**

        This matter came before the court on Defendant's Motion to Dismiss, filed February 14,

2019.  Plaintiff filed his Complaint on February 7, 2019, requesting cancellation of Defendant's

Notice of Assessment for payroll taxes, dated January 28, 2019, for the period ending September

20, 2018.  In its Motion to Dismiss, Defendant agreed to abate "the assessments for the 3rd

quarter of tax year 2018 from which Plaintiff appealed * * *."  A case management conference

was held on April 1, 2019, during which Plaintiff agreed there is no further controversy.

Because the parties are in agreement, the case is ready for decision.  Now, therefore,

        IT IS THE DECISION OF THIS COURT that Defendant shall cancel its Notice of

Assessment for payroll taxes, dated January 28, 2019, for the period ending September 28, 2019.

        Dated this ____ day of April 2019.


                                    _____
                                    RICHARD DAVIS
                                    MAGISTRATE

*If you want to appeal this Decision, file a complaint in the Regular Division of
the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563;
or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of this Decision
or this Decision cannot be changed.  TCR-MD 19 B.*

*This document was signed by Magistrate Richard Davis and entered on April 8, 2019.*